IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: LARRY MOTTU GUERRERO, | § | |
| | § | |
| Debtor, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. H-13-1325 |
| | § | |
| WILLIAMS KING SATTERWHITE | § | ADVERSARY NO. 12-03524 |
| | § | |
| Appellant. | § | |

**ORDER DENYING MOTION FOR
EXTENSION OF TIME TO FILE APPELLANT'S BRIEF**

The June 18, 2013 order extending the deadline for appellant to respond to defendants' motions to dismiss from June 28, 2013 to July 12, 2013 is vacated. The June 21, 2013 hearing set in the Bankruptcy Court on the motions to dismiss are unaffected. Appellant's Motion for Extension of Time to file Appellant's Brief remains June 28, 2013.

SIGNED on June 20, 2013, at Houston, Texas.

Lee H. Rosenthal
United States District Judge