IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| IN RE: LARRY MOTTU GUERRERO, § | |
| § | |
| Debtor, § | |
| § | |
| VS. § | CIVIL ACTION NO. H-13-1325 |
| § | |
| WILLIAM KING SATTERWHITE § | ADVERSARY NO. 12-03524 |
| § | |
| Appellant. § | |

## ORDER

Plaintiff-Appellant William King Satterwhite moved to extend the briefing deadlines one week. (Docket Entry No. 39). The motion is granted in part. Mr. Satterwhite need only file one brief; four separate briefs are not required. Mr. Satterwhite must file this brief no later than **February 14, 2014**. The defendants will file their omnibus response brief no later than **February 28, 2014**. No further extensions of time will be granted.

SIGNED on February 5, 2014, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge