IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| IN RE: | § |
| | § |
| LARRY MOTTU GUERRERO, | § |
| | § |
| Debtor, | § |
| | § |
| VS. | § CIVIL ACTION NO. H-13-1325 |
| | § |
| WILLIAM KING SATTERWHITE, | § |
| | § |
| Appellant. | § |

## FINAL JUDGMENT

In accordance with this court's Memorandum and Opinion of today's date, the Bankruptcy Court's orders entered June 21, 2013, December 9, 2013, and December 20, 2013 are affirmed. Appellant William King Satterwhite's actions are dismissed, with prejudice.

This is a final judgment

SIGNED on March 18, 2014, at Houston, Texas.

Lee H. Rosenthal
United States District Judge